IN THE UNITED STATES DISTRICT COURT

FOR THE SOUTHERN DISTRICT OF GEORGIA

DUBLIN DIVISION

| | |
|---|---|
| WILLIE E. NEWTON, | ) |
| Plaintiff, | ) |
| v. | ) CV 319-063 |
| BRIAN OWENS, Vice-Chairman, and WILLIAM CURRY, District Operation Manager, | ) |
| Defendants. | ) |

# ORDER

After a careful, *de novo* review of the file, the Court concurs with the Magistrate Judge's Report and Recommendation, to which no objections have been filed. Accordingly, the Court **ADOPTS** the Report and Recommendation of the Magistrate Judge as its opinion, **DENIES** as **MOOT** Plaintiff's motion to proceed *in forma pauperis*, (doc. no. 2), **DISMISSES** this case without prejudice, and **CLOSES** this civil action.

SO ORDERED this 16 day of October, 2019, at Augusta, Georgia.

UNITED STATES DISTRICT JUDGE